**Motion for Temporary Relief Granted and Order filed January 7, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00246-CV
_____

**HUNTER BUILDINGS & MANUFACTURING, L.P., HUNTER BUILDING, L.L.C., AND HUNTER BUILDINGS INTERNATIONAL, L.L.C., BBG GROUP, L.L.C., MILO NICKEL AND THOMAS MICHAEL LEBLANC, Appellants**

**V.**

**MBI GLOBAL, L.L.C., Appellee**

---

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2008-50193**

---

## ORDER

This is an appeal from a judgment signed December 9, 2011. On January 3, 2013, appellants filed an emergency motion in this court for temporary relief. Appellants request a stay pending our decision on their motion, also filed January 3, 2013, challenging the trial court's order of December 19, 2012, deciding the contest to appellants' affidavits of net worth.

It appears from the facts stated in the motion that appellants' rights will be prejudiced unless immediate temporary relief is granted. Accordingly, we grant the motion for temporary relief and issue the following order.

We ORDER that execution of the judgment be stayed in trial court cause number 2008-50193, styled *Hunter Buildings & Manufacturing, L.P., Hunter Building, L.L.C., and Hunter Buildings International, L.L.C., BBG Group, L.L.C., Milo Nickel and Thomas Michael LeBlanc v. MBI Global, L.L.C,* until further order of this court.

The reporter's record of the hearing on the contest is to be filed in this court on or before **January 18, 2013**. Appellants' amended motion challenging the trial court's order of December 19, 2012, is due seven (7) days after the reporter's record is filed. Appellee's amended response is due seven (7) days after appellant's amended motion is filed.


PER CURIAM

Panel consists of Justices Christopher, Jamison, and Busby.